

# Missouri Court of Appeals
## Southern District

## SEPTEMBER 19, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33181

    Re:     In the Interest of J.M.O.
             R.J.B.,
             Appellant,
             vs.
             GREENE COUNTY JUVENILE OFFICE,
             Respondent.

2.      Case No.  SD32607

    Re:     WAYNE E. STEWART,
             Movant-Appellant,
             v.
             STATE OF MISSOURI,
             Respondent-Respndent.